# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SUSAN SMITH AND CHRISTOPHER ROBIN WEATHERLEY, | : | No. 289 EAL 2023 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BECKMAN COULTER, INC., BRYAN STEAM, LLC, BURNHAM, LLC, CERTAINTEED CORPORATION, CRANE CO., DEMMING DIVISION, DICKINSON COLLEGE, FISHER SCIENTIFIC INTERNATIONAL, INC., FOSTER WHEELER ENERGY CORPORATION, GENERAL ELECTRIC COMPANY, GOULDS PUMPS, INC., GRINNELL LLC, HARSCO INDUSTRIAL PATTERSON-KELLEY, HONEYWELL INTERNATIONAL, INC., ITT CORPORATION, JOHN CRANE, INC., METROPOLITAN LIFE INSURANCE CO., PEERLESS INDUSTRIES, INC., THOMAS SCIENTIFIC, TRANE US INC., UNIVAR USA, INC., UNION CARBIDE CORPORATION, VWR INTERNATIONAL, INC., WEIL MCLAIN, CO., CBS CORPORATION, | : : : : : : : : : : : : : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.